UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA LEE,<br><br>    Plaintiff,<br><br>v.<br><br>MONTEREY FINANCIAL SERVICES, LLC,<br><br>    Defendant. | Case No. 21-cv-01597-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 10 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: May 11, 2021

WILLIAM H. ORRICK
United States District Judge